**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6831

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAY R. BROWN,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, District Judge.  (CR-01-275)

Submitted:  December 15, 2004        Decided:  January 13, 2005

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jay R. Brown, Appellant Pro Se.   Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jay R. Brown appeals from the district court's order denying his motion to modify the terms of his supervised release. A district court's imposition of special conditions of supervised release is reviewed for an abuse of discretion. United States v. Dotson, 324 F.3d 256, 259 (4th Cir. 2003). We have reviewed the record and find that the district court's refusal to modify the terms of Brown's supervised release was a proper exercise of discretion. Accordingly, we affirm the order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED